

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | CASE NO. 20-40766 | |
| § | | |
| PARIS DWAYNE McGINNIS, SR. § | CHAPTER 7 | |
| § | | |
| Debtor. § | | |
| § | | |

| | | |
|---|---|---|
| § | | |
| PARIS DWAYNE McGINNIS, SR. § | ADV. CASE NO. 20-04106 | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | | |
| § | | |
| TMX Finance Family of Companies, § | | |
| d/b/a Title Max & IAA, Inc., d/b/a Auto § | | |
| Insurance Auctions, § | | |
| § | | |
| Defendants | | |

### ORDER ON STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT AND VACATE ENTRY OF DEFAULT BY COURT (DCKT NO. 18)

The Court having considered the Stipulation to Dismiss Complaint and Vacate Entry of Default by Court hereby respectfully submitted by TMX Finance Family of Companies d/b/a Title Max and IAA, Inc. d/b/a Auto Insurance Auctions (collectively "<u>Defendants</u>"), and Plaintiff Paris Dwayne McGinnis, Sr. ("<u>Plaintiff</u>"), by and through their attorneys of record in this case, and for good cause appearing.

1.  **IT IS HEREBY ORDERED** Plaintiff's Complaint against Defendants is dismissed.

2. **IT IS FURTHER ORDERED** the Entry of Default by Court entered July 8, 2021, as docket entry number 8 is VACATED.

Signed on 11/22/2021

*Brenda T. Rhoades* YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

ORDER AGREED AND SUBMITTED BY:

**ALDRIDGE PITE, LLP**

By: **/s/ Alonzo Z. Casas**
Alonzo Z. Casas, SBOT 24097469
Eddie R. Jimenez, SBOT 24050825
701 N. Post Oak Road, Suite 205
Houston, TX 77024
Telephone: (713) 293-3610
Facsimile: (858) 412-2792
Attorneys for Defendants

**Legal Aid of Northwest Texas**

By: **/s/Clayton K. Hodges**
Clayton Kyle Hodges
SBOT 24056837
901 McDonald Street
Suite 702
McKinney, TX 75069
Telephone: (972) 542-9405
Facsimile: (972) 548-2410
**Attorney for Plaintiff**